ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SECURITIES AND EXCHANGE COMMISSION, |
                                    |
                    Plaintiff,      |    94 Civ. 7113 (LLS)
                                    |
         -against-                  |    **ORDER DIRECTING PAYMENT**
                                    |    **TO U.S. TREASURY**
LINDA A. HODGE and                  |
THE HODGE GROUP P.C.,               |
                                    |
                    Defendants.     |
----------------------------------x

    Upon consideration of the Securities and Exchange Commission's motion (Docket No. 16) for release of funds, its memorandum of law in support of the motion, its July 29, 2009 letter to the Court, and all the other materials previously submitted in this action, and there being no opposition, it is

    ORDERED that this Court's Clerk pay all funds now held in the Court's Registry in connection with this case, together with all accrued interest, by check to the order of the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter identifying this action's caption and case number and this Court's name, and indicating that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the U.S. Treasury, and it is further

    ORDERED that upon receipt of such funds, the Securities and Exchange Commission shall promptly remit the funds to the U.S. Treasury.

    So ordered.

Dated: New York, NY
       August 17, 2009

                                                  Louis L. Stanton
                                                  U.S.D.J.